# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| GEORGE JONES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00078-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN D. PARRY, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 6, 2021 Memorandum of Decision and Order.

April 6, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court